IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01311-LTB

TERRANCE M. FARRELL III,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH,
ESTATE OF TOM CLEMENTS,
ROGER WERHOLTZ,
TONY CAROCHI,
ARISTEDES ZAVARIS,
JOE ORTIZ, and
JOHN SUTHERS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 27, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 27th day of June, 2014.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/K Lyons
                                Deputy Clerk